**United States Bankruptcy Court**
**Southern District of Texas**
**Houston Division**

In Re:  Charles Mosley                                                   Case No: 10-37305-H5-13
       Debtor(s)                                                                 Chapter 13

# NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL; (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE, (4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s)' proposed bankruptcy plan, (2) dismiss this case, (3) convert this case to a case under chapter 7, and/or (4) to enter other orders concerning the administration of this case. The Court will also consider valuation of security pursuant to FED. R. BANKR. P. 3012. The hearing will take place at 9:30 am on February 15, 2011 in the United States Bankruptcy at the U.S. Courthouse, 515 Rusk, Courtroom # 403.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan. This cover sheet serves as a summary of the plan. A complete copy of the proposed plan is available from clerk of the Court or the debtor(s) attorney. The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least five days before the confirmation hearing and serve a copy of the objection on the debtor, the debtor(s)' counsel, the chapter 13 trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this chapter 13 case due to unreasonable delay that is prejudicial to creditors. The Court may also consider whether the case should be converted to a case under chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

/s/ William E. Heitkamp
William E. Heitkamp, Trustee
Admissions I.D. No. 3857
9821 Katy Freeway, Suite 590
Houston, Texas 770024
(713) 722-1200

The Debtor(s)' "**Plan Summary and Statistical Cover Sheet to Proposed Plan**" is not attached because it was not on file with the Bankruptcy Court. Please contact the **Debtor(s)' Attorney** for more information.

# CERTIFICATE OF NOTICE

```
District/off: 0541-4           User: ypip                  Page 1 of 1                  Date Rcvd: Dec 29, 2010
Case: 10-37305                 Form ID: pdf012             Total Noticed: 17

The following entities were noticed by first class mail on Dec 31, 2010.
db           +Charles Ray Mosley,    3005 Nita Street,   Houston, TX 77051-4139
7068466     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court:  Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,
               Southfield MI 48034)
7092092      Credit Acceptance Corporation,    P O Box 5070,   Southfield, MI 48086-5070
7092094     +First Premier Bank,   3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
7092095      IC Systems Collections,   P O Box 64378,    St Paul, MD 55164-0378
7068546    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  INTERNAL REVENUE SERVICE (Chapter 13 Notice),   P O Box 21126,
              Philadelphia PA 19114-1294)
7092096     +Medical Data Systems Inc,   1 Ellworth St,    Martinville, VA 24112-2845
7092097     +Network Collection Service,    9894 Bissonnet St,   Houston, TX 77036-8239
7167396     +Premier Bankcard/Charter,   POB 2208,    Vacaville, CA 95696-8208
7092098      Wells Fargo Home Mortgage,    3880 Statesville BW,    Ft Mills, SC 29716
7092099     +Wfcb/Venue,   P O Box 182120,    Columbus, OH 43218-2120
7092100     +Wfnb/Palais,   P O Box 182789,    Columbus, OH 43218-2789
The following entities were noticed by electronic transmission on Dec 29, 2010.
7092091     +E-mail/Text: curtism@nowaitloans.com                              Advantage Consumers Service,
              13132 Veterans Memorial,    Houston, TX 77014-1904
7116815      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 30 2010 00:16:39
              American Infosource Lp As Agent for Wfcb,    Assignee/,   Venue,   PO Box 248872,
              Oklahoma City, OK  73124-8872
7121331     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
              Po Box 2036,   Warren MI 48090-2036
7092093      E-mail/Text: KGRAUGNARD@DCSCOLLECT.COM                           Diversified Credit System,
              706 Gleancrest Lane,   Longview, TX 75601-5137
7140741      E-mail/PDF: rmscedi@recoverycorp.com Dec 30 2010 00:11:39
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Credit Acceptance Corporation
cr            Wells Fargo Bank, NA
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 31, 2010**                      **Signature:**    _Joseph Speetjens_