IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-37305-H5-13 |
| CHARLES MOSLEY, | § | |
| DEBTOR(S). | § | Confirmation Set: February 15, 2011 |
| | § | |

## FIRST AMENDED WITNESS AND EXHIBIT LIST

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW Credit Acceptance Corporation ("Credit Acceptance" or "Creditor"), and files this its Witness and Exhibit List in conjunction with a hearing on the confirmation of the final Chapter 13 Plan filed by Charles Mosley ("Debtor(s)").  Creditor lists the following as potential witnesses and exhibits in this matter:

### I.  WITNESSES

1. A representative of Credit Acceptance;

2. Charles Mosley;

3. All witnesses called by Debtor(s);

4. All necessary rebuttal witnesses.

### II.  EXHIBITS

1. Vehicle Retail Installment Contract;

2. Certificate of Title;

3. Appropriate page(s) from the N.A.D.A. Blue Book;

4. Wall Street Journal interest rate page;

5. Debtor(s)' Chapter 13 Plan;

6. Debtor(s)' Schedules;

7. All documents filed by Debtor(s) in this case or any previous cases;

8. Chapter 13 Trustee's payment history;

9. The Historical Prime Rate Data from the Federal Reserve Board of Governors (http://research.stlouisfed.org/fred2/data/PRIME.txt);

10. Proof of claim filed by Credit Acceptance;

11. All exhibits offered by Debtor(s); and

12. All necessary rebuttal exhibits.

Respectfully submitted,

_____/s/_____Stephen G. Wilcox_____
Stephen G. Wilcox
State Bar No.  21454300
BASSEL & WILCOX, P.L.L.C.
P.O. Box 11509
Fort Worth, Texas  76110-0509
(817) 870-1234  Telephone
(817) 870-1181  Facsimile
swilcox@basselwilcox.com

ATTORNEYS FOR CREDIT
ACCEPTANCE CORPORATION

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Witness and Exhibit List was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Charles Mosley
3005 Nita Street
Houston, TX 77051

and ELECTRONICALLY FILED on:

William Heitkamp
9821 Katy Frwy., Suite 590
Houston, TX 77024

Dated on February 7, 2011.

_____/s/_____Stephen G. Wilcox_____
Stephen G. Wilcox

8117-00114-282503