In The United States Bankruptcy Court
Southern District of Texas
Houston Division



In Re:                                      Case No: 10-37305-H5-13        **ENTERED**
CHARLES RAY MOSLEY                                                          **02/16/2011**

Debtor

## ORDER DISMISSING CASE
## AND
## ESTABLISHING DEADLINE FOR FILING ADMINISTRATIVE CLAIMS

At Houston, Texas, on this date, came on for consideration the Trustee's Motion to Dismiss in the above captioned Chapter 13 proceeding. The Court, having considered the Motion, finds that proper notice to all parties in interest has been given, and after hearing all opposition to the Motion, upon consideration of the grounds set forth in the Trustee's Motion, the Court does hereby,

**ORDER**, that the above captioned Chapter 13 proceeding is hereby dismissed.

It is further ORDERED that the deadline for filing an application for administrative expense in this case is set at 20 days following entry of this Order. The deadline for filing a motion for allowance of a claim arising under 11 U.S.C. Section 507(b) in this case is also set at 20 days following entry of this order.

If an application for allowance of professional fees and expenses has previously been filed in this case, the applicant is not required to file a new application for allowance of an administrative expense under 11 U.S.C. Sec. 503, if the new application only seeks allowance of the same professional fees and expenses previously requested.

DATED: _____FEB 1 5 2011_____


_____
UNITED STATES BANKRUPTCY JUDGE

# CERTIFICATE OF NOTICE

```
District/off: 0541-4         User: mfol              Page 1 of 1              Date Rcvd: Feb 16, 2011
Case: 10-37305              Form ID: pdf012          Total Noticed: 19
```

The following entities were noticed by first class mail on Feb 18, 2011.
```
db              +Charles Ray Mosley,    3005 Nita Street,    Houston, TX 77051-4139
7068466         ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,
                 Southfield MI 48034)
7092092          Credit Acceptance Corporation,    P O Box 5070,    Southfield, MI 48086-5070
7092094         +First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
7291537          I.C. System, Inc. o/b/o Southwest Orthopedic Group,    c/o A. Thomas Pokela, Attorney at Law,
                 PO Box 2621,    Sioux Falls, SD 57101-2621
7092095          IC Systems Collections,    P O Box 64378,    St Paul, MD 55164-0378
7068546         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: INTERNAL REVENUE SERVICE (Chapter 13 Notice),    P O Box 21126,
                 Philadelphia PA 19114-1294)
7092096         +Medical Data Systems Inc,    1 Ellworth St,    Martinville, VA 24112-2845
7092097         +Network Collection Service,    9894 Bissonnet St,    Houston, TX 77036-8239
7167396         +Premier Bankcard/Charter,    POB 2208,    Vacaville, CA 95696-8208
7291373         +Wells Fargo Bank, N.A.,    c/o Legal Practice Management,    15000 Surveyor Blvd.,    Suite 1720,
                 Addison, TX 75001-4417
7092098          Wells Fargo Home Mortgage,    3880 Statesville BW,    Ft Mills, SC 29716
7092099         +Wfcb/Venue,    P O Box 182120,    Columbus, OH 43218-2120
7092100         +Wfnb/Palais,    P O Box 182789,    Columbus, OH 43218-2789
```

The following entities were noticed by electronic transmission on Feb 16, 2011.
```
7092091         +E-mail/Text: curtism@nowaitloans.com                         Advantage Consumers Service,
                 13132 Veterans Memorial,    Houston, TX 77014-1904
7116815          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 17 2011 01:32:55
                 American Infosource Lp As Agent for Wfcb,    Assignee/,    Venue,    PO Box 248872,
                 Oklahoma City, OK 73124-8872
7121331         +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                   Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
7092093          E-mail/Text: KGRAUGNARD@DCSCOLLECT.COM                        Diversified Credit System,
                 706 Gleancrest Lane,    Longview, TX 75601-5137
7140741          E-mail/PDF: rmscedi@recoverycorp.com Feb 17 2011 01:38:12
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                       TOTAL: 5
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Credit Acceptance Corporation
cr               Wells Fargo Bank, NA
                                                                       TOTALS: 2, * 0, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2011**                    **Signature:**      *Joseph Speetjens*