UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:                                        Case No. 10-37305-H5-13

    CHARLES RAY MOSLEY

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    William E. Heitkamp, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/27/2010.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 02/15/2011.

6) Number of months from filing to last payment: 1.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $45,853.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| Receipts: | |
|---|---|
| Total paid by or on behalf of the debtor | $666.00 |
| Less amount refunded to debtor | $666.00 |
| **NET RECEIPTS:** | **$0.00** |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANTAGE CONSUMER SOC #953 | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 1,960.00 | 1,960.35 | 1,960.35 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 1,244.55 | 1,244.55 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 1,676.26 | 1,676.26 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 384.14 | 384.14 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Secured | 11,800.00 | 10,239.15 | 10,239.15 | 0.00 | 0.00 |
| DIVERSIFIED CREDIT SYSTEMS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 541.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| I C SYSTEM INC | Unsecured | 104.00 | 104.35 | 104.35 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*** | Unsecured | NA | 50,662.68 | 50,662.68 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*** | Priority | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*** | Unsecured | NA | 52,564.68 | 52,564.68 | 0.00 | 0.00 |
| MEDICAL DATA SYSTEMS 1 | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| NETWORK COLLECTION SYSTEMS | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 33,362.00 | 36,909.21 | 36,909.21 | 0.00 | 0.00 |
| WFNNB/PALAIS | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $47,148.36 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$47,148.36** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$108,597.01** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/20/2011                                By: /s/ William E. Heitkamp
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

```
                          United States Bankruptcy Court
                            Southern District of Texas

In re:                                                    Case No. 10-37305-kkb
Charles Ray Mosley                                        Chapter 13
        Debtor            CERTIFICATE OF NOTICE

District/off: 0541-4          User: dhan              Page 1 of 1             Date Rcvd: Apr 21, 2011
                              Form ID: pdf012         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2011.
db           +Charles Ray Mosley,    3005 Nita Street,    Houston, TX 77051-4139
7068466     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court:  Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,
               Southfield MI 48034)
7092092      Credit Acceptance Corporation,    P O Box 5070,    Southfield, MI 48086-5070
7092094     +First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
7291537      I.C. System, Inc. o/b/o Southwest Orthopedic Group,   c/o A. Thomas Pokela, Attorney at Law,
               PO Box 2621,   Sioux Falls, SD 57101-2621
7092095      IC Systems Collections,    P O Box 64378,    St Paul, MD 55164-0378
7068546    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  INTERNAL REVENUE SERVICE (Chapter 13 Notice),    P O Box 21126,
               Philadelphia PA 19114-1294)
7092096     +Medical Data Systems Inc,    1 Ellworth St,   Martinville, VA 24112-2845
7092097     +Network Collection Service,    9894 Bissonnet St,   Houston, TX 77036-8239
7167396     +Premier Bankcard/Charter,    POB 2208,   Vacaville, CA 95696-8208
7291373     +Wells Fargo Bank, N.A.,    c/o Legal Practice Management,    15000 Surveyor Blvd.,   Suite 1720,
               Addison, TX 75001-4417
7092098      Wells Fargo Home Mortgage,    3880 Statesville BW,    Ft Mills, SC 29716
7092099     +Wfcb/Venue,    P O Box 182120,    Columbus, OH 43218-2120
7092100     +Wfnb/Palais,    P O Box 182789,    Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7092091      +E-mail/Text: curtism@nowaitloans.com Apr 21 2011 21:13:28     Advantage Consumers Service,
               13132 Veterans Memorial,    Houston, TX 77014-1904
7116815       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 21 2011 23:00:09
               American Infosource Lp As Agent for Wfcb,    Assignee/,   Venue,    PO Box 248872,
               Oklahoma City, OK  73124-8872
7121331      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 21 2011 20:57:50     Asset Acceptance LLC,
               Po Box 2036,   Warren MI 48090-2036
7092093       E-mail/Text: KGRAUGNARD@DCSCOLLECT.COM Apr 21 2011 21:12:28     Diversified Credit System,
               706 Gleancrest Lane,    Longview, TX 75601-5137
7140741       E-mail/PDF: rmscedi@recoverycorp.com Apr 22 2011 00:10:17
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Credit Acceptance Corporation
cr            Wells Fargo Bank, NA
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2011**              **Signature:** *Joseph Speetjens*