**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Charles Ray Mosley

**Debtor(s)**

Case No.: 10–37305

Chapter: 13

## ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/24/11

KAREN K BROWN
United States Bankruptcy Judge