**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Charles Ray Mosley

    **Debtor(s)**

Case No.: 10–37305

Chapter: 13

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. William E. Heitkamp is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/24/11

KAREN K BROWN
United States Bankruptcy Judge

```
                           United States Bankruptcy Court
                             Southern District of Texas
In re:                                                          Case No. 10-37305-kkb
Charles Ray Mosley                                              Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0541-4          User: mfol              Page 1 of 1              Date Rcvd: May 24, 2011
                              Form ID: fnldtxs        Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2011.
db          +Charles Ray Mosley,    3005 Nita Street,    Houston, TX 77051-4139
7068466     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court:  Credit Acceptance,    25505 W 12 Mile Rd Ste 3000,
              Southfield MI 48034)
7092092      Credit Acceptance Corporation,    P O Box 5070,    Southfield, MI 48086-5070
7092094     +First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
7291537      I.C. System, Inc. o/b/o Southwest Orthopedic Group,    c/o A. Thomas Pokela, Attorney at Law,
              PO Box 2621,    Sioux Falls, SD 57101-2621
7092095      IC Systems Collections,    P O Box 64378,    St Paul, MD 55164-0378
7068546     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
              (address filed with court:  INTERNAL REVENUE SERVICE (Chapter 13 Notice),    P O Box 21126,
              Philadelphia PA 19114-1294)
7092096     +Medical Data Systems Inc,    1 Ellworth St,    Martinville, VA 24112-2845
7092097     +Network Collection Service,    9894 Bissonnet St,    Houston, TX 77036-8239
7167396     +Premier Bankcard/Charter,    POB 2208,    Vacaville, CA 95696-8208
7291373     +Wells Fargo Bank, N.A.,    c/o Legal Practice Management,    15000 Surveyor Blvd.,   Suite 1720,
              Addison, TX 75001-4417
7092098      Wells Fargo Home Mortgage,    3880 Statesville BW,    Ft Mills, SC 29716
7092099     +Wfcb/Venue,    P O Box 182120,    Columbus, OH 43218-2120
7092100     +Wfnb/Palais,    P O Box 182789,    Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7092091     +E-mail/Text: curtism@nowaitloans.com May 24 2011 21:00:12     Advantage Consumers Service,
              13132 Veterans Memorial,    Houston, TX 77014-1904
7116815      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 24 2011 22:50:12
              American Infosource Lp As Agent for Wfcb,   Assignee/,    Venue,   PO Box 248872,
              Oklahoma City, OK  73124-8872
7121331     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 24 2011 20:57:57     Asset Acceptance LLC,
              Po Box 2036,    Warren MI 48090-2036
7092093      E-mail/Text: KGRAUGNARD@DCSCOLLECT.COM May 24 2011 20:59:49     Diversified Credit System,
              706 Gleancrest Lane,    Longview, TX 75601-5137
7140741      E-mail/PDF: rmscedi@recoverycorp.com May 24 2011 23:00:57
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Credit Acceptance Corporation
cr           Wells Fargo Bank, NA
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2011**          **Signature:** *Joseph Speetjens*